**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
TORI L. N. BAKKEN, SB# 329069
  E-Mail: Tori.Bakken@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, COUNTY OF RIVERSIDE, SGT. GRAJEDA, CPL. CAVERLEY, DEP. WEST, DEP. ADAME, DEP. GILBERT, DEP. PEARSON, DEP. KELLEY, DEP. LAY, DEP. PICON, and DEP. ARCEO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| LEYONNIE HERNANDEZ, an individual, for herself and, as guardian ad litem for minors PZ, KH, and AH;<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, a public entity; DOE DEPUTIES 1-10 individually; and DOES 11-25, inclusive,<br><br>Defendants. | Case No. 5:21-cv-1791 JGB (SPx) (Consolidated with 5:21-cv-1795)<br><br>**ANSWER OF DEFENDANTS TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES; JURY TRIAL DEMANDED**<br><br>FAC Filed:  March 2, 2022<br>Trial Date: None Set |

Defendant COUNTY OF RIVERSIDE ("County"), SGT. GRAJEDA, CPL. CAVERLEY, DEP. WEST, DEP. ADAME, DEP. GILBERT, DEP. PEARSON, DEP. KELLEY, DEP. LAY, DEP. PICON, and DEP. ARCEO ("Defendants") hereby answer Plaintiffs' First Amended Complaint for Damages (Doc. 30; hereinafter referred to as the "FAC") and Defendant hereby admits, denies, and alleges as follows:

# ANSWER TO COMPLAINT

1. Answering paragraph 1 of the Complaint, under the header "Jurisdiction": Defendants admit that jurisdiction is vested in this Court under 28 U.S.C. § 1331 and 28 U.S.C. § 1367.

2. Answering paragraph 2 of the Complaint, under the header "Venue": Defendants admit that venue is proper under 28 U.S.C. § 1391(b). As to the remaining allegations in this paragraph, at present, Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein – and Defendants deny all liability and/or wrongdoing.

3. Answering paragraph 3 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

4. Answering paragraph 4 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

5. Answering paragraph 5 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

6. Answering paragraph 6 of the Complaint, under the header "Parties": Defendants admit that Defendant County is a government entity. As to the remaining

allegations in this paragraph, at present, Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

7. Answering paragraph 7 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

8. Answering paragraph 8 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

9. Answering paragraph 9 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

10. Answering paragraph 10 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

11. Answering paragraph 11 of the Complaint, under the header "Parties": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and

on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

12. Answering paragraph 12 of the Complaint, under the header "Exhaustion of Administrative Remedies": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

13. Answering paragraph 13 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

14. Answering paragraph 14 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

15. Answering paragraph 15 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

16. Answering paragraph 16 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

17. Answering paragraph 17 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

18. Answering paragraph 18 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

19. Answering paragraph 19 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

20. Answering paragraph 20 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

21. Answering paragraph 21 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

22. Answering paragraph 22 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and

on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

23. Answering paragraph 23 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

24. Answering paragraph 24 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

25. Answering paragraph 25 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

26. Answering paragraph 26 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

27. Answering paragraph 27 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

28. Answering paragraph 28 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

29. Answering paragraph 29 of the Complaint, under the header "Facts": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

30. Answering paragraph 30 of the Complaint, under the header "First Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

31. Answering paragraph 31 of the Complaint, under the header "First Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

32. Answering paragraph 32 of the Complaint, under the header "First Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

33. Answering paragraph 33 of the Complaint, under the header "First Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as

stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

34. Answering paragraph 34 of the Complaint, under the header "First Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

35. Answering paragraph 35 of the Complaint, under the header "First Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

36. Answering paragraph 36 of the Complaint, under the header "First Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

37. Answering paragraph 37 of the Complaint, under the header "Second Claim for Relief": Whereby plaintiffs incorporate by reference plaintiffs' prior allegations, defendants repeat, reiterate and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 36, inclusive, of plaintiffs' First Amended Complaint.

38. Answering paragraph 38 of the Complaint, under the header "Second Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and

every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

39. Answering paragraph 39 of the Complaint, under the header "Second Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

40. Answering paragraph 40 of the Complaint, under the header "Second Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

41. Answering paragraph 41 of the Complaint, under the header "Third Claim for Relief": Whereby plaintiffs incorporate by reference plaintiffs' prior allegations, defendants repeat, reiterate and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 40, inclusive, of plaintiffs' First Amended Complaint.

42. Answering paragraph 42 of the Complaint, under the header "Third Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

43. Answering paragraph 43 of the Complaint, under the header "Third Claim for Relief": Defendants do not have sufficient knowledge, or information or

belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

44. Answering paragraph 44 of the Complaint, under the header "Third Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

45. Answering paragraph 45 of the Complaint, under the header "Third Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

46. Answering paragraph 46 of the Complaint, under the header "Third Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

47. Answering paragraph 47 of the Complaint, under the header "Third Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

48. Answering paragraph 48 of the Complaint, under the header "Fourth Claim for Relief": Whereby plaintiffs incorporate by reference plaintiffs' prior allegations, defendants repeat, reiterate and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 47, inclusive, of plaintiffs' First Amended Complaint.

49. Answering paragraph 49 of the Complaint, under the header "Fourth Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

50. Answering paragraph 50 of the Complaint, under the header "Fourth Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

51. Answering paragraph 51 of the Complaint, under the header "Fourth Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

52. Answering paragraph 52 of the Complaint, under the header "Fourth Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and

every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

53. Answering paragraph 53 of the Complaint, under the header "Fourth Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

54. Answering paragraph 54 of the Complaint, under the header "Fifth Claim for Relief": Whereby plaintiffs incorporate by reference plaintiffs' prior allegations, defendants repeat, reiterate and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 53, inclusive, of plaintiffs' First Amended Complaint.

55. Answering paragraph 55 of the Complaint, under the header "Fifth Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

56. Answering paragraph 56 of the Complaint, under the header "Fifth Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

57. Answering paragraph 57 of the Complaint, under the header "Fifth Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

58. Answering paragraph 58 of the Complaint, under the header "Fifth Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

59. Answering paragraph 59 of the Complaint, under the header "Sixth Claim for Relief": Whereby plaintiffs incorporate by reference plaintiffs' prior allegations, defendants repeat, reiterate and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 58, inclusive, of plaintiffs' First Amended Complaint.

60. Answering paragraph 60 of the Complaint, under the header "Sixth Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

61. Answering paragraph 61 of the Complaint, under the header "Sixth Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

62. Answering paragraph 62s of the Complaint, under the header "Sixth Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and

every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

63. Answering paragraph 63 of the Complaint, under the header "Sixth Claim for Relief": Defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein – and Defendants deny all liability and/or wrongdoing.

64. Answering Plaintiffs' Prayer for relief, Defendants deny all liability to Plaintiffs, including, but not limited to, all liability for any and all damages, including, but not limited to, compensatory damages; statutory damages; attorneys' fees; costs of any kind; punitive and exemplary damages against Defendant; and/or for any relief of any kind from Defendant to Plaintiffs.

## AFFIRMATIVE DEFENSES

65. As separate and affirmative defenses, Defendant alleges as follows[1]:

### FIRST AFFIRMATIVE DEFENSE

**(Failure to State Claim, Statute of Limitations)**

66. Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

67. Plaintiffs' Complaint also fails to state a claim against any defendant in this action.

68. Plaintiffs' claims are time-barred by the operative statutes of limitations (including, but not limited to, Cal. Code Civ. Proc. § 335.1).

---

[1] For purposes of affirmative defenses, affirmative defenses that reference "Plaintiffs" shall also be construed to apply, wherever feasible, to Plaintiffs' decedent.

## SECOND AFFIRMATIVE DEFENSE

### (Tort Claims Act Violation)

69. This action is barred by the Plaintiffs' failure to comply with the government tort claims presentation requirements, California Government Code § 900, *et seq.*, including but not limited to §§ 900, 900.4, 901, 905, 905.2, 910, 911, 911.2, 911.4, 945.4, 945.6, 946.6, 950.2, and 950.6, to the extent applicable.

70. The Complaint is barred based on Plaintiffs' failure to exhaust administrative remedies prior to filing this lawsuit.

## THIRD AFFIRMATIVE DEFENSE

### (Waiver, Estoppel, Unclean Hands)

71. Defendant alleges that Plaintiffs' action is barred by reason of conduct, actions, and inactions of Plaintiffs which amount to and constitute a waiver of any right Plaintiffs may or might have had in reference to the matters and things alleged in the Complaint, or that otherwise estop Plaintiffs from recovery in this action, including, but not limited to, the doctrine of unclean hands.

## FOURTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

72. Plaintiffs' claims are barred or limited to the extent Plaintiffs failed to mitigate Plaintiffs' injuries or damages, if there were any. Plaintiffs failed to mitigate the damages, if any, which Plaintiffs have sustained, and to exercise reasonable care to avoid the consequences of harms, if any, in that, among other things, Plaintiffs failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries, and failed to take reasonable precautions to reduce any injuries and damages.

## FIFTH AFFIRMATIVE DEFENSE

### (Contributory and/or Comparative Liability)

73. Plaintiffs' claims are barred or limited by Plaintiffs' contributory/comparative negligence or other conduct, acts, or omissions, and to the

extent any Plaintiffs suffered any injury or damages, it was the result of Plaintiffs' own negligent or deliberate actions or omissions.

74. Plaintiffs' recovery is barred because any injury or damage suffered by Plaintiffs was caused solely by reason of the Plaintiffs' wrongful acts and conduct and the willful resistance to a peace officer in the discharge their duties. The conduct set forth in the Complaint, if and to the extent it occurred, was privileged and justified and done with a good faith belief that it was correct and no action may be taken against the answering Defendant on account of such conduct.

**SIXTH AFFIRMATIVE DEFENSE**

**(Public Entity/Employee Immunity for Others' Torts)**

75. Plaintiffs' recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person. Cal. Gov. Code §§ 815 *et seq.*, 820.2 *et seq.*

76. The answering Defendant is informed and believes and thereon alleges that if Plaintiffs sustained any injury or damages, such injury or damages were solely caused or contributed to by the wrongful conduct of other entities or persons other than the answering Defendant. To the extent that Plaintiffs' damages were so caused, any recovery by Plaintiffs as against the answering defendant should be subject to proportionately comparative equitable indemnity/contribution from such third parties.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Public Entity/Employee Immunity for Discretionary Acts)**

77. There is no liability for any injury or damages, if there were any, resulting from an exercise of discretion vested in a public employee, whether or not such discretion was abused. Cal. Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq.*

78. Plaintiffs' recovery is barred because public entities and employees are immune from liability for discharging their mandatory duties with reasonable diligence.

79. A public employee may not be held liable for injuries or damages, if any, caused by failure to adopt or by adoption of an enactment or by failure to enforce an enactment and/or law, for an injury caused by their issuance, denial, suspension or revocation or by their failure or refusal to issue, denies, suspend or revoke, any permit, license, certificate, approval, order, or similar authorization, where they are authorized by enactment to determine whether or not such authorization should be issued, denied, suspended or revoked, pursuant to Cal. Gov. Code §§ 818.2, 818.4, 818.8, 821, and 821.2. Based thereon, answering Defendant is immune from liability for any injuries claimed by Plaintiffs, herein.

80. The answering Defendant is immune for any detriment resulting from any of its actions or omissions at the time of the incident of which Plaintiffs complain pursuant to Cal. Gov. Code §§ 810 *et seq.*, 815 *et seq.*, 820 *et seq.*, and 845 *et seq.*, including, but not limited to, Cal. Gov. Code §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and Cal. Gov. Code §§ 854, *et seq.*, including, but not limited to, §§ 845.6, 854.6, 854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

## EIGHTH AFFIRMATIVE DEFENSE
### (Public Entity Immunity)

81. To the extent that the Complaint attempts to predicate liability upon the answering public entity Defendant or any employees thereof for purported negligence in retention, hiring, employment, training, or supervision of any public employee, such liability is barred by Cal. Gov. Code §§ 815.2 and 820.2 and *Herndon v. Cnty. of Marin*, 25 Cal. App. 3d 933, 935, 936 (1972), *rev'd on other grounds by Sullivan v. County of Los Angeles*, 12 Cal.3d 710 (1974); and by the lack of any duty running to any Plaintiffs; by the fact that any such purported act or omission is governed exclusively by statute and is outside the purview of any public employees' authority; and by the failure of any such acts or omissions to be the proximate or legal cause of

any injury alleged in the Complaint.  *See de Villers v. Cnty. of San Diego*, 156 Cal.App.4th 238, 251-253, 255-256 (2007).

82.     This Defendant may not be held liable on a *respondeat superior* theory for any negligent or wrongful act or omission on the part of any subordinate.  Cal. Gov. Code §§ 844.6, 845.6; Cal. Civ. Code § 2351; *Malloy v. Fong*, 37 Cal.2d 356, 378-379(1951); *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978); *Larez v. City of Los Angeles*, 946 F.2d 630, 645-646 (9th Cir. 1991); *cf. City of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los Angeles v. Heller*, 475 U.S. 796 (1986).

## NINTH AFFIRMATIVE DEFENSE

### (Qualified Immunity & Good Faith Immunity)

83.     Defendant and its agents or officers at all times relevant to this action acted reasonably and prudently under the circumstances.  Defendant therefore asserts any individual defendants' (that may be named by Plaintiffs) Qualified Immunity from liability to the fullest extent applicable.

84.     Defendants are immune from liability under the Federal Civil Rights Act because they acted in good faith with an honest and reasonable belief that their actions were necessary and appropriate.  Defendants are immune from liability under the Federal Civil Rights Act because a reasonable police officer could believe that their acts and conduct were appropriate. Defendants are immune from liability under the Federal Civil Rights Act because their conduct did not violate clearly established rights. Defendants are also immune from liability under the doctrine of Qualified Immunity.

85.     At all relevant times, Defendant and its agents or officers acted within the scope of discretion, with due care, and good faith fulfillment of responsibilities pursuant to applicable statutes, rules and regulation, within the bounds of reason, and with the good faith belief that their actions comported with all applicable federal and state laws.  *Harlow v. Fitzgerald*, 457 U.S. 800 (1982) ; Cal Gov. Code §§ 815.2, 820.2.

## TENTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

86. At the time and place referred to in the Complaint, and before such event, Plaintiffs knew, appreciated, and understood each and every risk involved in placing themselves in the position which Plaintiffs then assumed, and willingly, knowingly, and voluntarily assumed each of such risk, including, but not limited to, the risk of suffering personal bodily injury, lawful deprivation of rights, and/or death.

## JURY DEMAND

87. Defendants demand a trial by jury as to each issue triable by jury.

## PRAYER FOR RELIEF

WHEREFORE, the answering Defendants prays as follows:

1. That the Complaint be dismissed, with prejudice, and in its entirety;

2. That Plaintiffs takes nothing by reason of this Complaint and that judgment be entered against Plaintiffs and in favor of Defendants;

3. That Defendants be awarded attorneys' fees and costs of this suit and costs of proof; and

4. That Defendants be awarded such other relief as the Court deems just.

DATED: March 10, 2022         LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   */s/ Tori Bakken*
      TONY M. SAIN
      TORI L. N. BAKKEN
      Attorneys for Defendant, COUNTY OF RIVERSIDE



4879-8631-1188.1

19

ANSWER OF DEFENDANT TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

**FEDERAL COURT PROOF OF SERVICE**
Hernandez et al. v. County of Riverside, et al., Case No. 5:21-cv-01791-JGB (SPx)
(Consolidating Zumwalt, et al. v. County of Riverside, Case No. 5:21-cv-01795-JGB (SPx))

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On March 10, 2022, I served the following document(s): **ANSWER OF DEFENDANTS TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES; JURY TRIAL DEMANDED**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Peter M. Williamson, Esq.<br>WILLIAMSON LAW FIRM<br>3220 Foothill Drive, Suite 5<br>Westlake Village, California 91361<br>Tel: (818) 403-2600<br>Fax: (818) 446-9835<br>Email: pmw@williamsonlawfirm.net | John Burton, Esq.<br>THE LAW OFFICES OF JOHN BURTON<br>128 North Fair Oaks Avenue<br>Pasadena, California 91103<br>Tel: (626) 449-8300<br>Fax: (626) 440-5968<br>Email: jb@johnburtonlaw.com |
| *Attorneys for Plaintiffs* Robin Zumwalt, individually and as the personal representative of Christopher Zumwalt, deceased; and Anthony Zumwalt | *Attorneys for Plaintiff* Leeyonnie Hernandez, individually, and Donald Collins as guardian ad litem for minors PZ, KH, and AH |

The documents were served by the following means:

☒ (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on March 10, 2022, at Los Angeles, California.

_____
Curfew F. Wilson

4879-8631-1188.1                              1
ANSWER OF DEFENDANT TO PLAINTIFFS' FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL