# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEYONNIE HERNANDEZ, etc., et. al., | Case No. 5:21-cv-01791-JGB-SPx (Consolidating 5:21-cv-01795-JGB-SPx) |
| Plaintiffs, | |
| vs. | **ORDER APPROVING COMPROMISE OF MINORS' CLAIMS AND DISBURSEMENT OF SETTLEMENT PROCEEDS** |
| COUNTY OF RIVERSIDE, et al., | |
| Defendants | |

1    This Court, having considered Plaintiff A.H.'s and P.Z.'s Unopposed Ex Parte

2  Application for Compromise of Their Claims, along with the supporting declarations of

3  Plaintiff Leeyonnie Hernandez and her attorney John Burton, and GOOD CAUSE

4  appearing therefore, hereby **GRANTS** the Application and makes the following orders:

5        1.    This Order is conditioned on the approval of the County of Riverside's Board

6  of Supervisors, as stated in the Parties' Settlement Agreement.

7        2.    The settlement of this action for $7,500,000.00 is approved.

8        3.    Plaintiffs' counsel shall be reimbursed $133,732.17 for reasonable costs

9  advanced (listed in Exhibit  F to the Declaration of John Burton) from the gross settlement,

10  leaving a net settlement of $7,366,267.83.

11        4.    Plaintiffs' counsel shall be paid 40 percent of the net settlement,

12  $2,946,507.13, for attorneys' fees, to be apportioned among Richard C. Harris, Peter M.

13  Williamson, John Burton, and T. Kennedy Helm, IV, according to their existing agreements

14  for fee sharing. Defendant shall fund Periodic Payments for the benefit of Mr. Williamson

15  and Mr. Burton through the purchase of annuity policies from Metropolitan Tower Life

16  Insurance Company by tendering a check in the amount of $952,131.61, payable to MetLife

17  Assignment Company, Inc. The balance of $1,994,375.52, plus the $133,732.17

18  reimbursement for costs advanced, a total of $2,128,107.69, shall be paid by check or wire

19  transfer to The Law Offices of John Burton Client Trust Account for further distribution as

20  agreed among counsel.

21        5.    Of the remaining 60 percent of the net settlement, $4,419,760.70,

22  $1,000,000.00 is allocated jointly to Plaintiffs Robin and Anthony Zumwalt, payable by

23  check deliverable to their counsel Peter M. Williamson.

24        6.    Of the remaining $3,419,760.70, Defendant shall fund Periodic Payments for

25  the benefit of Plaintiff Katherine Hernandez (K.H.) and Petitioner Minors A.H. and P.Z.

26  through the purchase of annuity policies from Metropolitan Tower Life Insurance

27  Company by tendering a check in the amount of $3,419,760.70 payable to MetLife

28  Assignment Company, Inc.

---

1

7.      Defendant shall execute a "Qualified Assignment and Release" (Exhibit D to the accompanying Declaration of John Burton) of its obligation to make periodic payments pursuant thereto in compliance with IRC 104(a)(2) and Section 130 of the Internal Revenue Code of 1986, as amended.

8.      The Structured Settlement shall be assigned to MetLife Assignment Company, Inc., ("Assignee").

9.      Assignee shall purchase structured settlement annuities through Metropolitan Tower Life Insurance Company, rated A+ Superior by A.M. Best Company and AA- Very Strong by Standard & Poor's rating service.  The annuities will provide benefits as shown in Exhibit A, Exhibit B, Exhibit C and Exhibit E, "Periodic Payments" to the accompanying Declaration of John Burton. The future payment amounts outlined in Exhibits A, B, C and E are guaranteed based upon a projected annuity purchase date of June 1, 2024.  Any delay in funding the annuity may result in a delay of the payment dates or change in payment amounts that shall be recorded in the settlement agreement and release, qualified assignment document and annuity contract without the need of obtaining an amended order up to 180 days after original purchase date.

10.     No part of the $2,419,760.70 may be paid to the Minor Plaintiffs A.H. and P.Z., this Court, having determined that a structured settlement annuity is in the best interest of the Minor Plaintiffs.

**IT IS SO ORDERED**

Dated:  February 29, 2024

_____
Jesus G. Bernal, United States District Judge

136622627.1